IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DUANE CARTER,  )<br>  )<br>  Plaintiff,  )<br>  )  CIVIL ACTION NO.<br>  v.  )  2:15cv355-MHT<br>  )  (WO)<br>J. KENT, et al.,  )<br>  )<br>  Defendants.  ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that defendants acted with deliberate indifference when he suffered an accidental chemical exposure to his eye. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment be granted because plaintiff did not meet the statute of limitations. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of April, 2018.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**